## WASHINGTON JACKSON *versus* JOHN E. SCHWARZ.

JOURNAL ENTRIES (1825–30): *Journal 4:* (1) Motion for judgment, motion for leave to amend plea *p. 2; (2) motion to amend plea withdrawn, default set aside, leave given to plead *p. 36; (3) rule for commission to take depositions *p. 67; (4) motion for continuance *p. 127; (5) continued *p. 141; (6) rule for commission to take depositions *p. 162; (7) motion for continuance overruled, case ordered sent to circuit court for trial *p. 173; (8) argued, submitted *p. 332; (9) decision *p. 353; (10) leave given to withdraw pleas, rule for default judgment, clerk to assess damages *p. 392; (11) judgment *p. 394.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) bail piece; (5) exceptions to bail; (6) recognizance, bail piece; (7) justification of bail; (8) declaration; (9) plea of non assumpsit; (10) affidavit of John E. Schwarz; (11) affidavit for continuance; (12) withdrawal of motion, motion for leave to file plea; (13) plea of non assumpsit with notice of sealed instrument purporting an extension of credit; (14) deposition envelope; (15) affidavit for commission to take depositions, draft of order; (16) affidavit for continuance; (17) precipe for commission to take depositions; (18) case reserved by circuit court for decision of Supreme Court; (19) venire facias and return; (20) stipulation for judgment; (21) motion for judgment; (22) assessment of damages by clerk; (23) bill of costs in circuit court; (24) precipe for fi. fa.; (25) writ of fi. fa. and return; (26) statement of accounts; (27–28) promissory notes.

*1824–36 Calendar*, MS p. 26. Recorded in *Book C*, MS pp. 278–84.

## UNITED STATES *versus* ROBERT GARRATT, RICHARD SMYTH, AND LEVI COOK.

JOURNAL ENTRIES (1825–30): *Journal 4:* (1) Motion for judgment *p. 2; (2) issue ordered sent to circuit court for trial *p. 70; (3) issue ordered sent to circuit court for trial *p. 117; (4) argued, submitted *p. 189; (5) rule for judgment *p. 202; (6) rule to show cause against taxation of costs *p. 332; (7) continued *p. 410; (8) rule to tax costs *p. 413.

PAPERS IN FILE: (1) Agreement for entry of amicable suit; (2) declaration; (3) plea of non est factum with notice that the defendant Robert Garratt had vacated his office of constable prior to the defaults alleged; (4) case made by parties for submission to Supreme Court.

*1824–36 Calendar*, MS p. 58.